# AFFIDAVIT OF SERVICE

**U.S. District** Court, County of **Southern District, NY**          Index # **07 CV 7182**

## Farrah Shoukry, individually and on behalf of all others similarly situated

Plaintiff(s),

— vs. —

## Fisher-Price Inc., and Mattel, Inc.

Defendant(s).

State of New York, County of **Erie** _____ ss.:

**Mark Anacone** _____ being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Tue, August 14, 2007** at approximately **2:45 PM** at **636 Girard Ave., E Aurora NY 14052** deponent served the annexed **Summons and Complaint** on **Fisher-Price Inc.** in the following manner:

☐ Individual   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☒ Corporation   By delivering to and leaving with **Ingrid Waters** **Administrative Assistant**

☐ Responsible Person   By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipient's ☐ dwelling place ☐ place of business ☐ last known address. within the State of New York.

☐ Affixing to Door   By affixing a true copy thereof to the door of said premises, which is recipient's ☐ dwelling place ☐ place of business ☐ last known address . Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail   A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description

| | | | | |
|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☒ 5'0"-5'3" | ☒ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☒ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on  8/15/07

DENNIS DICKMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires    May 14, 2011

Mark Anacone