Copy / J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FISHER-PRICE INC., a Delaware Corporation, and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated, )<br><br>Defendants. ) | Case No. 1:07-cv-7182-DLC<br><br>ECF Case<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9|7|07

**IT IS HEREBY STIPULATED AND AGREED** by plaintiff and defendants, through

their respective counsel, as follows:

1.    On August 10, 2007, Plaintiff filed the above-captioned Class Action Complaint.

This Court issued a summons as to Fisher-Price and Mattel on the same day.

2.    On August 14, 2007, Plaintiff served the Class Action Complaint and Summons

on Fisher-Price. According to the Court's docket, the deadline for Fisher-Price to answer or

otherwise respond to the Class Action Complaint is currently September 4, 2007. (Dkt.#2).

3.    Counsel for Plaintiff and Defendants agree that the time for any Defendant to

answer or otherwise respond to the Class Action Complaint filed on August 10, 2007, hereby is

extended to and including October 15, 2007.

4.    By executing this Stipulation, the parties have not waived and expressly retain all

claims, defenses and arguments whether procedural, substantive or otherwise, and without

prejudice to any subsequent motion to stay this action.

NYI-4019481v1

Total extensions under previous stipulations and orders: none.

**SO STIPULATED**:

Dated: New York, New York

August 31 , 2007

By: Steven M. Hayes /TLL

Steven M. Hayes (SH-2926)
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Ave., 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349
Email: shayes@hanlyconroy.com

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
HARKE & CLASBY LLP
155 South Miami Ave., Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229
Email: LHarke@harkeclasby.com

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504
Email: b.barnow@barnowlaw.com

Aron D. Robinson
THE LAW OFFICE OF ARON D.
ROBINSON
19 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

Kenneth J. Brennan

Respectfully submitted,

By: Traci F. Lutt

Traci L. Lovitt (TL-7134)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: tlovitt@jonesday.com

Hugh Whiting
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone:    (832) 239-3939
Facsimile:    (832) 239-3600
Email: hrwhiting@jonesday.com

Thomas E. Fennell
Michael L. Rice
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Telephone:    (214) 220-3939
Facsimile:    (214) 969-5100
Emails: tefennell@jonesday.com
        mlrice@jonesday.com

*Attorneys for Defendants Fisher-Price,
Inc. and Mattel, Inc.*

So ordered.
Denise Cote
Sept. 7, 2007