BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Mattel Toy Recall Litigation § MDL Docket No. _____

### DEFENDANTS' REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 16.1(b), Defendants Mattel, Inc. (Mattel) and Fisher-Price, Inc. (Fisher-Price), respectfully state that oral argument should be heard by the Panel for the following reasons:

1. To assist the Panel's understanding of the overlap and duplication presented by the eight putative class actions filed in five different federal districts.

2. To address any questions or issues with respect to why the Central District of California is the most appropriate forum to serve as the transferee district in these cases.

3. To address any questions or issues regarding the assignment of the transferred action to the first-filed court of Judge Dale S. Fischer in the Central District of California.


Dated:  September 5, 2007

Respectfully submitted,

*Hugh Whiting (MR)*
Hugh Whiting
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600
Email: hrwhiting@jonesday.com

Thomas E. Fennell
Michael L. Rice
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100
Emails: tefennell@jonesday.com
         mlrice@jonesday.com

Attorneys for Defendants Mattel, Inc.,
Fisher-Price, Inc., and Target Corporation

