UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>　　　　　　　　　　Defendants. | ELECTRONICALLY FILED<br><br>ECF CASE<br><br>Civil Action No.  07 CV 7182 (DLC) (DCF)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

　　　　PLEASE TAKE NOTICE that Defendants Fisher-Price, Inc and Mattel, Inc. appear in the above-captioned case by their undersigned counsel.  The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the offices and addresses set forth below.

Dated: New York, New York
　　　　September 26, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　s/  Michael J. Templeton
　　　　　　　　　　　　　　　　　　　　Michael J. Templeton (MT-8709)
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　222 East 41st Street
　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　212-326-3939
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　Fisher-Price, Inc. and Mattel, Inc.

Of Counsel:

    Hugh Whiting
    JONES DAY
    717 Texas, Suite 3300
    Houston, TX  77002
    Phone: (832) 239-3939

    Thomas E. Fennell
    Michael L. Rice
    JONES DAY
    2727 N. Harwood St.
    Dallas, TX  75201
    Phone:  (214) 220-3939

## CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on September 26, 2007, a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Attorney for Plaintiff and Purported Class Members:**
Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349

I FURTHER CERTIFY that on September 26, 2007, true and correct copies of the NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION were served via overnight delivery service to the following counsel of record:

**Of Counsel:**

Lance A. Harke
Sarah Clasby Engel
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

Kenneth J. Brennan
Simmons Cooper LLC
707 Berkshire Boulevard
East Alton, Illinois 62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

Aron D. Robinson
The Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
Telephone: (312) 857-9050
Facsimile: (312) 857-9054

s/ Catherine M. Ferrara-Depp
Catherine M. Ferrara-Depp (CF-2329)
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3939