Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939

*Attorneys for Defendants Fisher-Price, Inc.
and Mattel, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>                                        Plaintiff,<br><br>-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                                        Defendants. | **ELECTRONICALLY FILED**<br><br>**ECF CASE**<br><br>**Civil Action No. 07 CV 7182 (DLC) (DCF)**<br><br>**DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fisher-Price, Inc. and Mattel, Inc. by their undersigned counsel state as follows:

1.        Defendant Mattel, Inc. is a publicly-traded company.  Based upon an SEC filing, Barclays Global Investors, N.A., owns at least 10% of Mattel, Inc's common stock.  Barclays Global Investors, N.A., appears to be a subsidiary of Barclays PLC, which is a publicly traded company.

2.        Defendant Fisher-Price, Inc. is a wholly-owned subsidiary of Mattel, Inc.

Dated: New York, New York
September 26, 2007

    Respectfully submitted,

    s/ Michael J. Templeton
    Michael J. Templeton (MT-8709)
    Catherine M. Ferrara-Depp (CF-2329)
    JONES DAY
    222 East 41st Street
    New York, New York 10017
    212-326-3939
    Attorneys for Defendants
    Fisher-Price, Inc. and Mattel, Inc.

Of Counsel:

    Hugh Whiting
    JONES DAY
    717 Texas, Suite 3300
    Houston, TX 77002
    Phone: (832) 239-3939

    Thomas E. Fennell
    Michael L. Rice
    JONES DAY
    2727 N. Harwood St.
    Dallas, TX 75201
    Phone: (214) 220-3939

## CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on September 26, 2007, a true and correct copy of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Attorney for Plaintiff and Purported Class Members:**
Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349

I FURTHER CERTIFY that on September 26, 2007, true and correct copies of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 were served via overnight delivery service to the following counsel of record:

**Of Counsel:**

| | |
|---|---|
| Lance A. Harke | Kenneth J. Brennan |
| Sarah Clasby Engel | Simmons Cooper LLC |
| Harke & Clasby LLP | 707 Berkshire Boulevard |
| 155 South Miami Avenue, Suite 600 | East Alton, Illinois 62024 |
| Miami, Florida 33130 | Telephone: (618) 259-2222 |
| Telephone: (305) 536-8220 | Facsimile: (618) 259-2251 |
| Facsimile: (305) 536-8229 | |
| | |
| Ben Barnow | Aron D. Robinson |
| Barnow and Associates, P.C. | The Law Office of Aron D. Robinson |
| One North LaSalle Street, Suite 4600 | 19 South LaSalle Street, Suite 1300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60603 |
| Telephone: (312) 621-2000 | Telephone: (312) 857-9050 |
| Facsimile: (312) 641-5504 | Facsimile: (312) 857-9054 |

                                                                s/ Catherine M. Ferrara-Depp
                                                                Catherine M. Ferrara-Depp (CF-2329)
                                                                Jones Day
                                                                222 East 41st Street
                                                                New York, New York 10017
                                                                (212) 326-3939

4