Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  (212) 326-3939

*Attorneys for Defendants Fisher-Price, Inc.*
*and Mattel, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>                                Plaintiff,<br><br>-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                                Defendants. | ELECTRONICALLY FILED<br><br>ECF CASE<br><br>Civil Action No. 07 CV 7182 (DLC) (DCF)<br><br>NOTICE OF MOTION OF DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1407 |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Michael J. Templeton, executed on September 26, 2007, together with the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Stay All Proceedings Pending a Decision on Defendants' Motion to Transfer Under 28 U.S.C. § 1407, submitted herewith, and all prior pleadings and proceedings had herein, Defendants Fisher-Price, Inc. and Mattel, Inc. ("Defendants"), by their undersigned attorneys, will move this Court before the Honorable Denise L. Cote, United States District Judge, Southern District of New York, at the

United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, at a date and time to be determined by the Court, for an Order (1) staying all proceedings in this action pending the decision by the Judicial Panel on Multidistrict Litigation on Defendants' motion to transfer for pretrial coordination pursuant to 28 U.S.C. § 1407; and (2) for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      September 26, 2007　　　　　　　　　　　Respectfully submitted,

                                                s/ Michael J. Templeton
                                                Michael J. Templeton (MT-8709)
                                                Catherine M. Ferrara-Depp (CF-2329)
                                                JONES DAY
                                                222 East 41st Street
                                                New York, New York  10017
                                                212-326-3939
                                                Attorneys for Defendants
                                                Fisher-Price, Inc. and Mattel, Inc.

Of Counsel:

    Hugh R. Whiting, Esq.
    JONES DAY
    717 Texas, Suite 3300
    Houston, TX  77002
    Phone: (832) 239-3939

    Thomas E. Fennell, Esq.
    Michael L. Rice, Esq.
    JONES DAY
    2727 N. Harwood St.
    Dallas, TX  75201
    Phone:  (214) 220-3939

# CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on September 26, 2007, a true and correct copy of the NOTICE OF MOTION OF DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1407 was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Attorney for Plaintiff and Purported Class Members:**
Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349

I FURTHER CERTIFY that on September 26, 2007, true and correct copies of the NOTICE OF MOTION OF DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON DEFENDANTS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1407  were served via overnight delivery service to the following counsel of record:

**Of Counsel:**

Lance A. Harke
Sarah Clasby Engel
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, Florida  33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

Kenneth J. Brennan
Simmons Cooper LLC
707 Berkshire Boulevard
East Alton, Illinois  62024
Telephone: (618) 259-2222
Facsimile: (618) 259-2251

| | |
|---|---|
| Ben Barnow<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, Illinois  60602<br>Telephone:  (312) 621-2000<br>Facsimile:  (312) 641-5504 | Aron D. Robinson<br>The Law Office of Aron D. Robinson<br>19 South LaSalle Street, Suite 1300<br>Chicago, Illinois  60603<br>Telephone:  (312) 857-9050<br>Facsimile:  (312) 857-9054 |

s/  Catherine M. Ferrara-Depp_____
Catherine M. Ferrara-Depp (CF-2329)
Jones Day
222 East 41st Street
New York, New York  10017
(212) 326-3939