# EXHIBIT A

## EXHIBIT A – PENDING FEDERAL CASES

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Mayhew v. Mattel, Inc., et al. | C.D. California | 2:07-cv-05126-DSF (AJWx) | Dale S. Fischer |
| White, et al. v. Mattel, Inc., et al. | C.D. California | 2:07-cv-05366-DSF (AJWx) | Dale S. Fischer |
| Luttenberger v. Mattel, Inc., et al. | C.D. California | 2:07-cv-05539-DSF (AJWx) | Dale S. Fischer |
| Puerzer, et al. v. Mattel, Inc., et al. | C.D. California | 2:07-cv-05661-DSF (AJWx) | Dale S. Fischer |
| Shah v. Fisher-Price, Inc., et al. | C.D. California | 2:07-cv-05960-ODW (SH) | Otis D. Wright II |
| Shoukry v. Fisher-Price, Inc., et al. | S.D. New York | 1:07-cv-07182-DLC | Denise L. Cote |
| Goldman v. Fisher-Price, Inc., et al. | S.D. New York | 1:07-cv-07764-JES | John E. Sprizzo |
| Sarjent, et al. v. Fisher-Price, et al. | S.D. Indiana | 1:07-cv-01060-JDT (TAB) | John D. Tinder |
| Monroe v. Mattel, Inc. | E.D. Pennsylvania | 2:07-cv-03410-PBT | Petrese B. Tucker |
| Chow v. Mattel, Inc., et al. | E.D. Pennsylvania | 2:07-cv-03741-PBT | Petrese B. Tucker |
| Hughey, et al. v. Fisher-Price, Inc., et al. | D. South Carolina | 2:07-cv-02930-DCN | David C. Norton |

DL1-6143028v1