# EXHIBIT E

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 19, 2007

TO INVOLVED COUNSEL:

Re: MDL No. 1897 -- IN RE: Mattel, Inc., Toy Lead Paint Products Liability Litigation

DOCUMENT FILED: Motion of Plaintiffs Heather Davis Puerzer, Kim Cosgrove, Steve Sarjent, Joy Sarjent and Nisha Shah for Transfer of Actions to the Central District of California for Coordinated or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407

Dear Counsel:

Today we have filed the above-described motion for transfer of additional action(s), pursuant to Panel Rule 7.2(h), in connection with the previously filed motion in this docket. Papers filed with the Panel and all correspondence MUST bear the **DOCKET NUMBER** and **CAPTION ASSIGNED** by the Panel as noted above. Enclosed is a summary of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425 (2001). New parties must notify this office within the next 11 days of the name and address of the attorney designated to receive service. **ONLY ONE ATTORNEY SHALL BE DESIGNATED FOR EACH PARTY.** A revised Panel Attorney Service List will be distributed to all counsel upon expiration of the time for appearances as noted below.

**RULE 5.2(c) APPEARANCES AND RULE 5.3 CORPORATE DISCLOSURE STATEMENTS OF PARTIES TO NEW ACTIONS ARE DUE NO LATER THAN NOON EASTERN STANDARD TIME: October 1, 2007**

By copy of this letter, counsel are requested to serve a copy of their previously filed response on counsel for new parties once the revised Panel Attorney Service List has been distributed.

Please note that the previously established deadline of September 27th for responses to the motion of defendants Mattel, Inc., Fisher-Price, Inc., and Target Corp., is extended to conform to the schedule established herein. Accordingly, the new date for filing responses to both motions is on or before **October 9, 2007**.

In order to streamline briefing of this matter, counsel should consider filing a single response to both motions.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
      Deputy Clerk