# EXHIBIT 2

| Case Caption | District | Case No.: | Date Filed | Judge |
|---|---|---|---|---|
| Southern District of New York | | | | |
| Farrah Shoukry v. Fisher Price, Inc. and Mattel, Inc. | Southern District of New York (Foley Square) | 1:07-cv-07182 | 08/10/07 | Hon. Denise L. Cote |
| Seth Goldman v. Fisher Price, Inc. and Mattel, Inc. | Southern District of New York (Foley Square) | 1:07-cv-07764 | 08/31/07 | Hon. John E. Sprizzo |
| Central District of California | | | | |
| Ann L. Mayhew, Hannah E. Mayhew v. Mattel, Inc. | Central District of California (Los Angeles) | 2:07-cv-05126 | 08/08/07 | Hon. Dale S. Fischer |

| Nicole B. White<br><br>v.<br><br>Mattel, Inc. | Central District of California (Los Angeles) | 2:07-cv-05366 | 08/16/07 | Hon. Dale S. Fischer |
| --- | --- | --- | --- | --- |
| Adam Luttenberger<br><br>v.<br><br>Mattel, Inc. and Fisher Price, Inc. | Central District of California (Los Angeles) | 2:07-cv-05539 | 08/23/07 | Hon. Dale S. Fischer |
| Heather Davis Puerzer<br><br>v.<br><br>Mattel, Inc. and Fisher Price, Inc. | Central District of California (Los Angeles) | 2:07-cv-05661 | 08/29/07 | Hon. Dale S. Fischer |
| Nisha Shah<br><br>v.<br><br>Mattel, Inc. and Fisher Price, Inc. | Central District of California (Los Angeles) | 2:07-cv-05960 | 09/13/07 | Hon. Otis D. Wright II |

| | | | | |
|---|---|---|---|---|
| Southern District of Indiana | | | | |
| Steve Sarjent and Joy Sarjent<br><br>v.<br><br>Fisher Price, Inc. and Mattel, Inc. | Southern District of Indiana (Indianapolis) | 1:07-cv-01060 | 08/16/07 | Hon. John Daniel Tinder |
| Eastern District of Pennsylvania | | | | |
| Nydia Monroe, Arthur Monroe and Nicole Clark<br><br>v.<br><br>Mattel, Inc. | Eastern District of Pennsylvania (Philadelphia) | 2:07-cv-03410 | 08/17/07 | Hon. Petrese B. Tucker |
| Jacob Chow<br><br>v.<br><br>Mattel, Inc., Mattel Overseas, Inc., Mattel Sales Corp., Mattel Direct Import, Mattel Operations, Inc., and Fisher-Price, Inc. | Eastern District of Pennsylvania (Philadelphia) | 2:07-cv-03741 | 09/07/07 | Hon. Petrese B. Tucker |

| District of South Carolina | | | | |
|---|---|---|---|---|
| Daniel S. Hughey<br><br>v.<br><br>Fisher Price, Inc. and Mattel, Inc. | District of South Carolina (Charleston) | 2:07-cv-02930 | 08/24/07 | Hon. David C. Norton |
| **Tag Along Actions** | | | | |
| Northern District of California | | | | |
| Amy Harrington<br><br>v.<br><br>Mattel, Inc. and Fisher Price, Inc. | Northern District of California | 07-cv-5110 | 10/04/07 | Hon. Martin Jenkins |
| Central District of California | | | | |
| Megan and Morgan Powell<br><br>v.<br><br>Mattel, Inc., Mattel Overseas, Inc., Mattel Sales Corp., Mattel Direct Import, Mattel Operations, Inc., and Fisher-Price, Inc. | Central District of California | 07-cv-06517 | | Hon. George Wu |

4

| Raina Healy v. Mattel, Inc. and Fisher Price, Inc. | Central District of California | 07-cv-06341 | 09/28/07 | Hon. Christina A. Snyder |
|---|---|---|---|---|
| Stacy Rusterholtz v. Mattel, Inc. | Central District of California | 07-cv-6297 | | Hon. Philip S. Gutierrez |

5