UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>                        Plaintiff,<br><br>    -against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                        Defendants. | ECF CASE<br><br>Civil Action No. 07 CV 7182 (DLC) (DCF)<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION** |

      PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Catherine M. Ferrara-Depp and the exhibits annexed thereto, Defendants Fisher-Price, Inc. and Mattel, Inc. will move this Court before the Honorable Denise L. Cote, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, at a date and time to be determined by the Court, for an Order, in the form annexed hereto, granting the *pro hac vice* admission of Michael L. Rice to act as counsel for Fisher-Price, Inc. and Mattel, Inc. in this matter pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and the Standing Order of this Court dated October 25, 2006.

      The full contact information for Michael L. Rice is:

Michael L. Rice, Esq.
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Phone: (214) 220-3939
Fax: (214) 969-5100
mlrice@jonesday.com

NYI-4024455v1

2

The requisite fee of $25.00 is submitted herewith.

Dated: New York, New York
       October 9, 2007

*[signature: Catherine M. Ferrara-Depp]*
Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, New York  10017
212-326-3939
Attorneys for Defendants
Fisher-Price, Inc. and Mattel, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>                              Plaintiff,<br><br>-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                              Defendants. | ECF CASE<br><br>Civil Action No. 07 CV 7182 (DLC) (DCF)<br><br>AFFIDAVIT OF CATHERINE M. FERRARA-DEPP IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL L. RICE |

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

Catherine M. Ferrara-Depp, being duly sworn, deposes and says:

1. I am a member of the bar of the State of New York and of this Court in good standing and associated with the law firm of Jones Day, attorneys for Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' application for an order granting Michael L. Rice *pro hac vice* admission to act as counsel for Defendants in this matter, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and the Standing Order of this Court, dated October 25, 2006.

2. Michael L. Rice is a partner at the law firm of Jones Day and resident in the Dallas Office of Jones Day. He was admitted to practice before the Courts of the State of Texas on November 6, 1987 and is currently a member in good standing. He has never been

disciplined and there are no pending disciplinary proceedings against him. Michael L. Rice is an individual of high moral character. A Certificate of Good Standing issued by the Supreme Court of Texas, dated September 28, 2007, is annexed hereto as Exhibit A.

3. Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request that Michael L. Rice be permitted to appear *pro hac vice* to act as counsel for the Defendants Fisher-Price, Inc. and Mattel, Inc. in this matter.

4. The full contact information for Michael L. Rice is:

Michael L. Rice, Esq.
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201
Phone:  (214) 220-3939
Fax: (214) 969-5100
mlrice@jonesday.com

5. The requisite fee of $25.00 for this motion is submitted herewith.

6. Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Rule 1.7 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7. Annexed hereto as Exhibit B is a proposed order granting this motion.

8. There has been no prior application in this matter for the relief requested herein.

9. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, it is respectfully requested that this Court grant Michael L. Rice *pro hac vice* admission to act as counsel to Defendants in this matter.

*[signature]*
Catherine M. Ferrara-Depp

Sworn to before me this
9th day of October, 2007

*[signature]*
NOTARY PUBLIC

DEBORAH L. ABOUD
NOTARY PUBLIC, State of New York
No. 01AB4995633
Qualified in Kings County
Commission Expires April 27, 20 10

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**MICHAEL LYN RICE**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1987.

I further certify that the records of this office show that, as of this date

**MICHAEL LYN RICE**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 28th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 4187A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARRAH SHOUKRY, individually and on behalf of all other similarly situated,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                                    Defendants. | ECF CASE<br><br>Civil Action No. 07 CV 7182 (DLC) (DCF)<br><br>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants") and the affidavit of Catherine M. Ferrara-Depp in support;

**IT IS HEREBY ORDERED** that

> Michael L. Rice, Esq.
> JONES DAY
> 2727 N. Harwood St.
> Dallas, TX 75201
> Phone: (214) 220-3939
> Fax: (214) 969-5100
> mlrice@jonesday.com

is admitted to practice *pro hac vice* to act as counsel for Defendants Fisher-Price, Inc. and Mattel, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronics Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
       October ___, 2007

                                                    _____
                                                    United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on October 9, 2007, a true and correct copy of the foregoing NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION and all exhibits annexed thereto was served by United States mail with sufficient postage to ensure delivery on the following:

> Steven M. Hayes
> Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
> 112 Madison Avenue, 7th Floor
> New York, New York  10016
>
> Lance A. Harke, P.A.
> Sarah Clasby Engel, P.A.
> Harke & Clasby LLP
> 155 South Miami Ave., Suite 600
> Miami, Florida  33130
>
> Ben Barnow
> Barnow and Associates, P.C.
> One North La Salle Street, Suite 4600
> Chicago, IL  60602
>
> Aron D. Robinson
> The Law Office of Aron D. Robinson
> 19 S. LaSalle Street, Suite 1300
> Chicago, IL  60603
>
> Kenneth J. Brennan
> SimmonsCooper LLC
> 707 Berkshire Blvd.
> East Alton, Illinois  62024

*/s/ Catherine M. Ferrara-Depp*
Catherine M. Ferrara-Depp (CF-2529)
Jones Day
222 East 41st Street
New York, New York  10017
(212) 326-3939

NYI-4024500v1