USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 10/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARRAH SHOUKRY, individually and on behalf of all other similarly situated,

                              Plaintiff,

-against-

FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,

                              Defendants.

ECF CASE

Civil Action No. 07 CV 7182 (DLC) (DCF)

ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION

Upon the motion of Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants") and the affidavit of Catherine M. Ferrara-Depp in support;

**IT IS HEREBY ORDERED** that

    Michael L. Rice, Esq.
    JONES DAY
    2727 N. Harwood St.
    Dallas, TX  75201
    Phone: (214) 220-3939
    Fax: (214) 969-5100
    mlrice@jonesday.com

*Granted.*
[signature]
*October 16, 2007*

is admitted to practice *pro hac vice* to act as counsel for Defendants Fisher-Price, Inc. and Mattel, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronics Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
       October ___, 2007

                                                     _____
                                                     United States District/Magistrate Judge

NYI-4024494v1