```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FARRAH SHOUKRY, individually and on behalf :
of all others similarly situated,       :
                            Plaintiff,  :
                                        :
            -v-                         :   07 Civ. 7182 (DLC)
                                        :
FISHER-PRICE INC., a Delaware Corporation :   ORDER
and MATTEL, INC., a Delaware Corporation, :
each separately and on behalf of all other :
entities similarly situated,            :
                            Defendants. :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

DENISE COTE, District Judge:

The initial conference in this action was adjourned sine die by memo endorsement of October 15, 2007. Meanwhile, defendants moved to stay all proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the defendants' consolidation motion on ten similar actions around the country. The Panel is scheduled to hear argument on the motion on November 29, 2007. Accordingly, it is hereby

ORDERED that the motion to stay is granted without prejudice to an application by any party to lift the stay as soon as the Panel decides the pending motion to consolidate.

SO ORDERED:

Dated:   New York, New York
         November 1, 2007

_____
DENISE COTE
United States District Judge